IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, | 8:21CV146 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| PORNHUB.COM, et al., | |
| Defendants. | |

On August 26, 2021, the court ordered Plaintiff to file a Second Amended Complaint within 30 days or face dismissal of this action. (Filing 13.) To date, Plaintiff has not filed a Second Amended Complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 5th day of October 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge